### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID KING**                                                                      **PLAINTIFF**

**v.**                                  **Case No. 4:25-cv-00749-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                          **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is reversed, and this case is REMANDED for

further administrative proceedings.   Judgment is entered in favor of the Plaintiff.   This is a

"sentence four" remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE